```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: CDX009900
Cashier ID: sq
Transaction Date: 05/13/2008
Payer Name: KILLMER LANE NEWMAN
----------------------------------
CIVIL FILING FEE
 For: KILLMER LANE NEWMAN
 Amount:         $350.00
----------------------------------
CHECK
 Check/Money Order Num: 5973
 Amt Tendered: $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

08-CV-999


A fee of $45.00 will be assessed on
any returned check.
```