IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00999-DME-MEH

AMANDA HALL,

      Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
DENVER WOMEN'S CORRECTIONAL FACILITY,
ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his individual and official capacities,
MARK A. BROADDUS, Warden of the Denver Women's Correctional Facility, in his individual and official capacities,
SCOTT HALL, Associate Warden of the Denver Women's Correctional Facility, in his individual and official capacities,
MICHAEL CARAMIA, Lieutenant at the Denver Women's Correctional Facility, in his individual and official capacities, and
LESHAWN TERRELL, Sergeant at the Denver Women's Correctional Facility, in his individual and official capacities,

      Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 5, 2008.**

      Plaintiff's Unopposed Motion to File Amended Complaint [Filed August 4, 2008; Docket #34] is **granted**. The Clerk of the Court is directed to docket Plaintiff's First Amended Complaint, docket #34-2, which is deemed filed this day.