IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00999-DME-MEH

AMANDA HALL,

    Plaintiff,
v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
DENVER WOMEN'S CORRECTIONAL FACILITY,
ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his individual and official capacities,
MARK A. BROADDUS, Warden of the Denver Women's Correctional Facility, in his individual and official capacities,
SCOTT HALL, Associate Warden of the Denver Women's Correctional Facility, in his individual and official capacities,
MICHAEL CARAMIA, Lieutenant at the Denver Women's Correctional Facility, in his individual and official capacities, and
LESHAWN TERRELL, Sergeant at the Denver Women's Correctional Facility, in his individual and official capacities,

    Defendants.

---

## ORDER ON DEFENDANTS' MOTION TO STAY DISCOVERY
---

    Before the Court is Defendants' Motion to Stay Discovery [filed July 14, 2007; docket 26]. Based on agreement of the parties that the Motion is moot, Defendants' Motion to Stay Discovery is **denied**. The oral argument [ordered Aug. 20, 2008; docket 48] regarding the above matter scheduled for Wednesday, August 27, 2008, at 9:00 a.m. is **vacated**.

    IT IS SO ORDERED this 20th day of August, 2008.

                            BY THE COURT:

                            s/Michael E. Hegarty
                            Michael E. Hegarty
                            United States Magistrate Judge