IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00999-DME-MEH

AMANDA HALL,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections,
    in his official capacity;
JOE ORTIZ, Former Executive Director of the Colorado Department of Corrections, in
    his individual capacity;
GARY GOLDER, Director of Prisons, in his individual and official capacities;
MARK A. BROADDUS, Warden of the Denver Women's Correctional Facility and the
    Denver Reception and Diagnostic Center, in his individual capacity;
NOBEL WALLACE, Former Warden of the Denver Women's Correctional Facility and
    the Denver Reception and Diagnostic Center, in his individual capacity;
NEVA BUTTERFIELD, Associate Warden of the Denver Women's Correctional Facility
    and the Denver Reception and Diagnostic Center, in her individual and official
    capacities;
SCOTT HALL, Associate Warden of the Denver Women's Correctional Facility and the
    Denver Reception and Diagnostic Center, in his individual and official capacities;
MICHAEL CARAMIA, Lieutenant at the Denver Women's Correctional Facility and the
    Denver Reception and Diagnostic Center, in his individual and official capacities;
    and
LESHAWN TERRELL, Sergeant at the Denver Women's Correctional Facility and the
    Denver Reception and Diagnostic Center, in his individual and official capacities,

    Defendants.

---

**ORDER DISMISSING AS MOOT STATE-REPRESENTED DEFENDANTS' AMENDED MOTION TO DISMISS**

---

    Plaintiff Amanda Hall filed her Verified Complaint on May 13, 2008. (Dkt. #1.)

On July 2, 2008, State-represented Defendants, Colorado Department of Corrections,

Denver Women's Correctional Facility, Aristedes Zavaras, Gary Golder, Mark A.

Broaddus, Neva Butterfield, Scott Hall, and Michael Caramia, by and through the

Colorado Attorney General, moved, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the

Complaint for failure to state a claim upon which relief could be granted. (Dkt. # 23.) On August 5, 2008, Magistrate Judge Hegarty granted Plaintiff's Unopposed Motion to Amend/Correct/Modify Complaint (Dkt. #34, 37), and Hall's First Amended Complaint was deemed filed that day (Dkt. #38). In light of the amendment, it is hereby

ORDERED that State-represented Defendants' Amended Motion to Dismiss is dismissed as moot. This dismissal is without prejudice to State-represented Defendants to file a renewed motion directed at the First Amended Complaint if they wish to do so.

DATED at Denver, Colorado, this  19th  day of November, 2008.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge