# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO: DOCKETING

DATED: December 3, 2008

FROM: Michael E. Hegarty
United States Magistrate Judge

RE: Settlement conference in *Hall v. Zavaras*, 08-cv-00999-DME-MEH

    ____    A settlement conference was held on this date, and a settlement was not reached.

    _X_    A settlement conference was held on December 2, 2008, and a settlement was reached.

    _X_    The settlement conference was held for 7 hours 30 minutes total.

    _X_    The settlement negotiations were concluded.

    ____    No record was made.

    _X_    A record was made.