IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00999-DME-MEH

AMANDA HALL,

     Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his official capacity,
JOE ORTIZ, Former Executive Director of the Colorado Department of Corrections, in his individual capacity,
GARY GOLDER, Director of Prisons, in his individual and official capacities,
MARK A. BROADDUS, Warden of the Denver Women's Correctional Facility and the Denver Reception and Diagnostic Center, in his official capacity,
NOBEL WALLACE, Former Warden of Denver Women's Correctional Facility and the Denver Reception and Diagnostic Center, in his individual capacity,
NEVA BUTTERFIELD, Associate Warden of the Denver Women's Correctional Facility and the Denver Reception and Diagnostic Center, in her individual and official capacities,
SCOTT HALL, Associate Warden of the Denver Women's Correctional Facility and the Denver Reception and Diagnostic Center, in his individual and official capacities,
MICHAEL CARAMIA, Lieutenant at the Denver Women's Correctional Facility and the Denver Reception and Diagnostic Center, in his individual and official capacities, and
LESHAWN TERRELL, Sergeant at the Denver Women's Correctional Facility and the Denver Reception and Diagnostic Center, in his individual and official capacities,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2009.**

     The Stipulated Motion for Protective Order [filed March 16, 2009; docket #123] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.