*Hall v. Zavaras, et al.*
**Civil Action No. 08-cv-00999-DME-MEH**
**Trial Brief**
*Exhibit 6 - Jury Verdicts and Settlements in Prison Rape and Assault Cases*

Counsel for plaintiff has conducted a survey of jury verdicts and settlements in cases that are factually similar to this one, and have discovered some considerable awards. While each case rises and fall on its own merits, these sample verdicts and settlements provide some benchmark of the value placed on similar cases (many of which involve plaintiffs who are not nearly as appealing as Ms. Hall).

In *Marilyn Shirley v. Mike Miller,* **Case No. 4:02-CV-200-A (D. Ft. Worth Tex. 2003),** the plaintiff was an inmate at the Federal Medical Center Camp in Ft. Worth, and was called out of her cell in the middle of the night by the defendant guard on shift, ostensibly to perform a urine analysis test. The plaintiff alleged the guard took her into his office and raped her. After a one day trial in 2003, a Texas jury awarded the plaintiff a total verdict of **$8,000,000.00**, including $2,000,000.00 in punitive damages.

In *Mathie v. Fries*, **935 F. Supp. 1284 (E.D.N.Y. 1996)**, the court awarded of **$750,000.00** to a plaintiff who was repeatedly sexually abused by a security sergeant, which, on one occasion, included an act of sodomy. The plaintiff, a pre-trial detainee, brought claims against the defendant security sergeant for violations of her Fourteenth Amendment due process rights under § 1983. At the conclusion of a bench trial, the court awarded $250,000.00 in compensatory damages and $500,000.00 in punitive damages to the inmate.

In *Doe v. Rouse*, **Civ. A. No. 01-CV-10625 (D. Mass. filed Apr. 13, 2001),** an inmate received a settlement of **$675,000.00** after having been coerced into having sex with three guards.

In *Isdell v. City of Forest, et al.,* **Case No. 1:89CV1951-HPW (D. Georgia Dec. 1992),** an inmate received a **$334,432.00** jury verdict in her favor after being raped inside her jail cell. Plaintiff presented evidence of sexual harassment through security camera surveillance after the rape. Following the alleged rape security cameras taped defendant security guard sexually harassing plaintiff and another female inmate. Against the individual defendant rapist, the court awarded $60,000.00 in compensatory damages, and $40,000.00 in punitives.

In *Cruz v. Vasquez*, **No. C9520776 (N.D.Cal. 2000)**, former female prisoners filed a suit under 42 U.S.C. § 1983 in federal district court, alleging that they had been sexually assaulted and harassed while incarcerated. The suit alleged that male guards watched female prisoners while they showered, searched female prisoners in the middle of the night, groped and fondled them, rubbed their bodies against those of the female prisoners, and made explicit sexual advances toward the female prisoners. Some of the guards recited the women's personal information (such as contact information of their relatives) in an attempt to coerce them into having sexual relationships. A female

prisoner also claimed that she was repeatedly forced to engage in sexual activity with a guard. The settlement totaled **$1.18 million**, including a total of $200,000 in attorney fees. Some of the prisoners received six-figure individual settlement awards. *$1.18 Million in Santa Clara Co. Sexual Assault/Harassment Suit*, 12 Prison Legal News 3, 30 (2001).

In ***C.P. v. O'Donnell*** **(S.D. Ill. 2005),** a teen in juvenile custody filed a lawsuit against a guard who had sexually assaulted him on multiple occasions, as well as the superintendent of the St. Clair County Juvenile Detention Center and St. Clair County, Illinois, among others. The suit settled for **$900,000.00** on February 2, 2007.

In ***C.B. v. New York*** **(Westchester County Court, N.Y. 2001),** a female prisoner brought a lawsuit against prison officials at a New York Prison after she was told by a male guard that he would file a complaint that she assaulted him if she did not have sex with him. The trial court found for the plaintiff prisoner, who contended that her bipolar disorder and preexisting depression suffered a very significant aggravation as a result of the guard's actions. Subsequent to the liability verdict the defendants settled the matter for **$225,000.00.**

In ***A and B v. Ament***, **Case No. A98-CA-503, (W.D.Tex. 1998),** a jury awarded two female prisoners who were the victims of sexual assault by a prison official **$4.1 million.** The official, a parole officer, sexually assaulted "A" during a pre-release interview while along with her in an office in the prison. After the assault, he threatened to harm her family if she reported the incident. She reported the incident, and one week later, "B" was assaulted. Plaintiffs brought a civil rights law suit in federal district court. After a three-day trial, the jury awarded $700,000.00 in actual damages and $1,500,000 in punitive damages to "A" and $400,000 in actual damages and $1,500,000 in punitive damages to "B."

In ***Burdine v. Szilagye***, **USDC, Ohio, Case No 3:98CV7094,** plaintiff Craig A. Burdine was taken to Ohio's Ottawa County Jail after being involved in a car accident and arrested for drunk driving. While being removed from the jail's elevator, Burdine was choked unconscious by a deputy because of Burdine's apparent use of vulgar, but non-threatening, language toward the deputy. A jury awarded Burdine $200,000.00 in non-economic damages and $400,000.00 in punitive damages, for a total award of **$600,000.00.**