*Hall v. Zavaras, et al.*
Civil Action No. 08-cv-00999-DME-MEH
Trial Brief
*Exhibit 7 - Jury Verdicts and Settlements in Rape Cases*

In *Damon Beckman, Bill Coalter & Eric Busch v. State of Washington, DSHS, et al.,* **Case No. 98-2-05579-6 (Pierce Co. Wash. 2000),** the plaintiffs, three middle aged developmentally disabled males, alleged they were raped, beaten and tortured in a state-licensed adult family home over a period of two years. After a 6-week trial, a Washington jury awarded the plaintiffs **$17,800,000.00.** Total compensatory damages were awarded in the amount of $ 9,800,000.00 including $ 4,000,000.00 for pain and suffering. Total punitive damages were awarded in the amount of $ 8,000,000.00.

In *Devine v. Fults,* **Case No: 3:04-143 (D. Tenn. 2006),** Matthew Devine, age 15, engaged in a sexual relationship with a soccer coach at his high school. Although it was argued that the relationship was consensual, Fults was convicted in a criminal trial of statutory rape and sentenced to 45 years in prison. Though a trial judge granted summary judgment in favor of the Rutherford County School Board, a Tennessee jury awarded Mr. Devine a total of $ **8,500,000.00**, including $ 1,500,000.00 in compensatory damages and $7,000,000.00 in punitive damages against Mr. Fults.

In *Godwin v. State of Florida Department of Health and Rehabilitative Services,* **Case No. 95774 (St. Lucie County, Fla. 2000),** the parents of a 20-year-old mentally handicapped woman brought civil action against the Florida Department of Health and Rehabilitative Services (HRS), and the State-licensed Schenck Group Home. Plaintiffs alleged that their daughter was raped and impregnated by the 15-year-old son of the Schenck Group Home owner. In 2000, a Florida jury awarded **$8,000,000.00** in damages including $3,000,000.00 in damages for negligence and $5,000,000.00 in economic damages.

In *Anonymous Female v. Savannah-Chatham County School District and Gerald Jacobs,* **Case No. 01-cv-174 (D. Georgia 2003),** the parents of a 12-year-old female sued the school district after she was raped and impregnated by a substitute teacher. The teacher subsequently pled guilty to statutory rape, enticing a minor for indecent purposes and child molestation. In 2003, the parties entered into a settlement agreement in the amount of **$500,000.00**.

In *Maria Del Rosario Vallinoto v. Edmond A. Disandro and Disandro, Smith and Associates, P.C., Inc.,* **Case No. 91-0390 (Superior Court, Providence and Bristol Counties, R.I. 1992),** the plaintiff alleged that her divorce attorney coerced her into sexual intercourse on at least 200 occasions. In 1992, a Rhode Island jury found in favor of the plaintiff in the amount of **$225,000.00**, including $25,000.00 in compensatory damages and $200,000.00 punitive damages.

In *Marsico v. Bartolazo,* **Case No. 91-007788CI (Pinellas County, Fla. 1993),** a Florida jury awarded **$300,000.00** in favor of the plaintiff, who had alleged that her

doctor coerced her into a sexual relationship in exchange for prescription drugs to which the plaintiff was addicted. The plaintiff argued that the defendant knew that she had a history of drug abuse and took advantage of her vulnerability for his own sexual gratification.

In *Jane Doe, et al. v. United States of America, et al.,* **Case No. 06-1777-MHP (N.D. Cal. 2007),** the plaintiffs, who were in high school at the time, alleged that a Marine recruiter raped them during a sleepover at the recruiting office. The plaintiffs said the officers abused their power and that the United States failed to properly train and supervise the recruitment officers. The case settled for a total sum of **$200,000.00**.

In *Flores v. Gonzales and Borg-Warner Protective Services Corp.,* **Case No. C-5469-93-B (Hidalgo Co. Tex. 1995),** the plaintiff alleged that the corporation's top manager, a man who had previously been accused of sexual harassment, raped her. As a result, the plaintiff contracted a sexually transmitted disease. A Texas jury awarded the plaintiff $463,500.00 and $2,228,500.00 in punitive damages for a total sum of **$2,692,000.00**.

In *Brooks v. Ten Broeck,* **Case No. 02-7223 (Jefferson Circuit Court, KY 2004),** a Kentucky jury awarded the plaintiff **$2,091,000.00** including $161,000.00 for past suffering, $130,000.00 for future suffering and punitive damages in the amount of $1,800,000.00. The plaintiff alleged that she was raped by a certified nursing assistant at the psychiatry office of Mr. Broeck after being admitted to the hospital with bipolar issues. The jury found that Mr. Broeck was negligent in hiring the nursing assistant who had a lengthy criminal history.

In *Erin Kathleen Jones v. Michael Dennis Ziegler,* **Case No. 93-771 (D. Maryland 1994),** the plaintiff alleged she was raped by the defendant, a police officer, after he initiated a traffic stop on suspicion of DUI. Instead of taking the plaintiff into custody, the defendant drove her to a secluded parking lot and raped her. In 1994, a Maryland jury awarded the plaintiff **$1,050,000.00**, including $650,000.00 in compensatory damages and $400,000.00 in punitive damages.

In *Rebecca Bernhardt v. James Clyde Moore; Moore & Howell,* **Case No. 96-47631 (Harris Co., Tex. 1998),** the plaintiff, a legal secretary at a large Houston law firm, filed suit against her former employer after being raped, sexually harassed, and subsequently terminated by Mr. Moore, a partner in the firm. In 1998, a Texas jury awarded the plaintiff a **$1,871,000.00** verdict including $500,000.00 in damages for mental anguish and $1,000,000.00 in punitive damages.

In *Wilson & Price v. Luttrell,* **Case No. 94 CV 45 (D. Kent. 1998),** the plaintiffs, two high school students, alleged they were sexually assaulted and harassed by a male science teacher. One student alleged that the teacher touched her inappropriately, and the other alleged she was raped. During the trial, several witnesses testified to a pattern of abuse by this teacher, who harassed other female students and wrote lewd messages in student's yearbooks. In 1998, a Kentucky jury awarded one plaintiff $**151,000.00**, which

included a punitive damages award of $100,000.00.  The other plaintiff was awarded $100,000.00 for pain and suffering and $200,000.00 in punitive damages, for a total of **$300,000.00**.