IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00999-DME-MEH

AMANDA HALL,

        Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of
       Corrections, in his official capacity;
JOE ORTIZ, Former Executive Director of the Colorado Department of Corrections, in
       his individual capacity;
GARY GOLDER, Director of Prisons, in his individual and official capacities;
MARK A. BROADDUS, Warden of the Denver Women's Correctional Facility and the
       Denver Reception and Diagnostic Center, in his individual capacity;
NOBEL WALLACE, Former Warden of the Denver Women's Correctional Facility and
       the Denver Reception and Diagnostic Center, in his individual capacity;
NEVA BUTTERFIELD, Associate Warden of the Denver Women's Correctional Facility
       and the Denver Reception and Diagnostic Center, in her individual and official
       capacities;
SCOTT HALL, Associate Warden of the Denver Women's Correctional Facility and the
       Denver Reception and Diagnostic Center, in his individual and official capacities;
MICHAEL CARAMIA, Lieutenant at the Denver Women's Correctional Facility and the
       Denver Reception and Diagnostic Center, in his individual and official capacities;
       and
LESHAWN TERRELL, Sergeant at the Denver Women's Correctional Facility and the
       Denver Reception and Diagnostic Center, in his individual and official capacities,

        Defendants.

---

**ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANTS
ZAVARAS, ORTIZ, GOLDER, BROADDUS, WALLACE, BUTTERFIELD,
HALL, AND CARAMIA**

---

       This matter is before the Court on Amanda Hall's and the state-represented

defendants' joint Notice of Stipulation for Dismissal with Prejudice with Respect to

Defendants Zavaras, Ortiz, Golder, Broaddus, Wallace, Butterfield, Hall and Caramia only (Dkt. # 128). In accordance with that stipulation, it is hereby

ORDERED that this action in its entirety is DISMISSED WITH PREJUDICE as to Defendants Zavaras, Ortiz, Golder, Broaddus, Wallace, Butterfield, Hall and Caramia. Pursuant to the Notice of Stipulation, each party is to bear its own attorneys' fees and costs.

DATED at Denver, Colorado, this 13th day of April, 2009.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge