IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00999-DME-MEH

AMANDA HALL,

    Plaintiff,

v.

LESHAWN TERRELL, Sergeant at the Denver Women's Correctional Facility, in his individual and official capacities,

    Defendant.

## SUPPLEMENT TO PLAINTIFF'S POST-TRIAL BRIEF

Plaintiff, Amanda Hall, by and through her counsel, Mari Newman, Darold W. Killmer and Althea S. Licht of KILLMER, LANE & NEWMAN, LLP, respectfully submits her Supplement to Plaintiff's Post-Trial Brief [Doc. #146], as follows:

Plaintiff Amanda Hall has previously submitted briefing emphasizing the importance of a substantial punitive damages award against Defendant Leshawn Terrell, in order to punish Defendant Terrell for his reprehensible conduct in raping Ms. Hall, and to further the overarching goal of deterring others from engaging in such misconduct. *See, Plaintiff's Trial Brief* [Doc. # 133]; *Plaintiff's Post-Trial Brief* [Doc. #146]. A substantial punitive damages award in this case is further supported by an article undersigned counsel received by mail today entitled **"Sexual Abuse by Prison and Jail Staff Proves Persistent, Pandemic."** *See,* Gary Hunter, *Sexual Abuse by Prison and Jail Staff Proves Persistent, Pandemic,* PRISON LEGAL NEWS, May 2009, at 1 (attached hereto as Exhibit 1). The article includes reports from 39 states, including Colorado, emphasizing the widespread nature of sex offenses by prison and jail staff across the country. *Id.* at 1-11. According to the article, although all fifty states have enacted

legislation criminalizing sexual conduct between prison staff and prisoners, "[p]rison and jail employees are more out of control than ever." *Id.* at 1.  In spite of the criminal penalties that prison and jail staff may face for acts of sexual misconduct with inmates, many prison and jail staff are not criminally prosecuted; those that are prosecuted may receive relatively light sentences or only probation.  *Id.* at 11.  In other words, the punishment often does not fit the egregiousness of the crime, and does not adequately deter other jailers from engaging in the sexual abuse of inmates, highlighting the importance of a substantial punitive damages award against Defendant Terrell.

DATED this 22nd day of May 2009.

KILLMER, LANE & NEWMAN, LLP

*s/ Mari Newman*
Mari Newman
Darold W. Killmer
Althea S. Licht
1543 Champa Street, Suite 400
Denver, Colorado  80202
(303) 571-1000

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2009, I electronically filed the foregoing **SUPPLEMENT TO PLAINTIFF'S POST-TRIAL BRIEF** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Patricia Herron (pat.herron@state.co.us), ATTORNEY FOR STATE DEFENDANTS

I further certify that in accordance with D.C.COLO.LCivR 6.1(D) a paper copy of the foregoing was served on the following non-CM/ECF participants in the manner indicated by his name:

Leshawn M. Terrell **(Via U.S. Mail)**
2 North Roosevelt Street
Colorado Springs, CO 80909

*PRO SE* DEFENDANT

*s/ Althea S. Licht*