IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00999-DME-MEH

AMANDA HALL,

      Plaintiff,

v.

LESHAWN TERRELL, in his individual capacity and in his official capacity as a Sergeant at the
      Denver Women's Correctional Facility and the Denver Reception and Diagnostic Center,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2010.**

      Plaintiff's Motion to Set Rule 69 Deposition and Issue Subpoena [filed November 12, 2010; docket #230] is **granted** as follows. Plaintiff has requested a Judgment Debtor examination pursuant to Fed. R. Civ. P. 69 as to Defendant Terrell and regarding the Judgment entered in this case on June 11, 2009 [docket #150] and August 18, 2009 [docket #158]. The parties are directed to appear before the Court in person for a Rule 69 Judgment Debtor Examination regarding the above matter on **January 27, 2011, at 10:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      The Clerk of Court is instructed to issue the subpoena located at docket #230-1, as to Defendant Terrell.

      Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.