# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00999-DME-MEH

AMANDA HALL,

    Plaintiff,

v.

LESHAWN TERRELL, Sergeant at the Denver Women's Correctional Facility, in his individual and official capacities,

    Defendant.

___

**ORDER RESPONDING TO REQUEST FOR CONTEMPT ORDER**
___

    The Court acknowledges receiving a belated response from Defendant Leshawn Terrell. No action will be taken at this time on the request for a contempt citation (Doc. No. 243). The Plaintiff is requested to continue efforts to pursue legal rights for collection of this judgment and the Court will take such further action at a later date as may be warranted.

    DATED this 27th day of June, 2011.

                                              BY THE COURT:

                                              *s/ David M. Ebel*
                                              _____
                                              Judge David M. Ebel