# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00999-DME-MEH

AMANDA HALL,

    Plaintiff,

v.

LESHAWN TERRELL, Sergeant at the Denver Women's Correctional Facility, in his individual and official capacities,

    Defendant.

---

## ORDER
---

This matter comes before the Court on Plaintiff Amanda Hall's status report (Doc. 259), filed pursuant to the Court's order (Doc. 256) entered following a June 16, 2011 hearing on the magistrate judge's certification and recommendation that the Court hold Defendant LeShawn Terrell in contempt. In her status report, Hall now indicates she no longer seeks to have Terrell held in contempt. (Doc. 259 at 3 n.1.) Therefore, the Court DENIES the magistrate judge's certification and recommendation (Doc. 249) as moot.

DATED this 11th day of August, 2011.

                            BY THE COURT:

                            *s/ David M. Ebel*

                            _____
                            Judge David M. Ebel